IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : </br></br>ECLIPSE AVIATION CORPORATION, *et al.*,[1] </br></br>Debtors. </br>_____ </br></br>ANNETTE VARELA and JOHN J. DIMURA on behalf of themselves and all others similarly situated, </br></br>Plaintiff, </br>v. </br></br>ECLIPSE AVIATION CORPORATION, </br></br>Defendants. </br>_____ | Chapter 7 </br></br>Case No. 08-13031 (MFW) </br></br>(Jointly Administered) </br></br></br></br></br></br></br></br>Adv. Pro. No. 09- 50265 (MFW) |

## STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT AND EXTENDING THE PRE-TRIAL CONFERENCE DATE

Annette Varela and John J. Dimura (collectively, the "Plaintiffs"), and defendant Jeoffrey L. Burtch, chapter 7 interim trustee, (the "Trustee" and/or the "Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on March 3, 2009, the Plaintiffs filed a Complaint against the Defendant (the "Complaint").

WHEREAS, counsel for Plaintiffs and Defendant have reached an agreement extending the initial date by which Defendants are required to answer or otherwise move with respect to the Complaint.

---

[1] The Debtors in these proceedings are: Eclipse Aviation Corporation (Tax ID No. XX-XXX9000) and Eclipse IRB Sunport, LLC, a wholly owned subsidiary of Eclipse Aviation Corporation (Tax ID No. XX-XXX4013), each with a mailing address of 2503 Clark Carr Loop SE, Albuquerque, NM 87106.

WHEREAS, counsel for Plaintiffs and Defendants have reached an agreement extending the date of pretrial conference.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, that the time for Defendants to answer or otherwise move with respect to the Complaint shall be extended through and including May 15, 2009.

IT IS ALSO STIPULATED AND AGREED that the pretrial conference shall be rescheduled for June 24, 2009 at 2:00 p.m.

IT IS ALSO STIPULATED AND AGREED that this stipulation will be without prejudice to an application for, or stipulation to, further extensions.

[*Signatures on the following page*]

LOIZIDES, P.A.

/s/ Christopher D. Loizides
———————————————
Christopher D. Loizides (De. No. 3968)
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
Email: loizides@loizides.com

-and-

Jack A. Raisner
Rene S. Roupinian
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000

Counsel for Plaintiffs
Dated: _____4/6/09_____

COOCH AND TAYLOR P.A.

/s/ M. Claire McCudden
———————————————
M. Claire McCudden (De. No. 5036)
The Brandywine Building
1000 West Street, 10th Floor
P.O. Box 1680
Wilmington, DE 19899-1680
Telephone: (302) 984-3800
Facsimile: (302) 984-3939
Email: cmccudden@coochtaylor.com

Counsel for the Chapter 7 Trustee
Dated: __4/6/09__

3