# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AE LIQUIDATION, INC., *et al.*,[1] | ) | Case No. 08-13031 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| ANNETTE VARELA and JOHN J. DIMURA on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | Adv. Pro. No. 09-50265 (MFW) |
| v. | ) | **Re: Docket No. 51** |
| | ) | |
| ECLIPSE AVIATION CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

To promote the efficient and expeditious disposition of the above-captioned adversary proceeding, the following schedule shall apply.

**IT IS HEREBY ORDERED THAT:**

1. The discovery planning conference described in Federal Rule of Civil Procedure 26(f), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7026 occurred on October 17, 2012.

2. The deadline for Plaintiffs to file a reply in support of their Motion for Class Certification and Other Relief, D.I. 17, is continued indefinitely.

3. The Defendant has provided its initial disclosures under Fed. R. Civ. P. 26(a)(1) (the "Initial Disclosures"). D.I. 50, which it will amend on or before November 19, 2012. The Plaintiffs shall provide their initial disclosures on or before October 26, 2012.

---

[1] The Debtors are: AE Liquidation, Inc. (f/k/a Eclipse Aviation Corporation) and EIRB Liquidation, Inc. (f/k/a Eclipse IRB Sunport, LLC), a wholly owned subsidiary of Eclipse Aviation Corporation.

4. All fact discovery shall be completed on or before April 15, 2013.

5. On or before April 22, 2013, the parties shall file a Stipulation Regarding Appointment of a Mediator or a statement that the parties cannot agree on a mediator and a request that the Court select and appoint a mediator to the proceeding.

6. Within sixty (60) days after the entry of an Order Assigning the Adversary Proceeding to Mediation, the mediator shall either (a) file the mediator's certificate of completion, or (b) if the mediation is not concluded, file a status report that provides the projected schedule for completion of the mediation.

7. Within thirty (30) days after the completion of mediation (the "Completion Date"), Plaintiffs shall serve any expert disclosures and reports. Within sixty (60) days after the Completion Date, Defendant shall serve any expert disclosures and reports. All reports shall provide the information required by Federal Rule of Civil Procedure 26(a)(2)(B). The parties may elect to provide rebuttal expert reports. Any such rebuttal reports must be served no later than eighty (80) days after the Completion Date. All expert discovery shall close no later than ninety (90) days after the Completion Date.

8. All dispositive motions shall be filed and served within thirty (30) days of the close of expert disclosure (the "Dispositive Motion Deadline"), and shall comply with the Local Rules for the United States Bankruptcy Court for the District of Delaware.

9. Plaintiffs shall immediately notify Chambers upon the settlement, dismissal or other resolution of this Adversary Proceeding and Plaintiffs shall file with the Court appropriate documentation of such resolution as soon thereafter as is feasible.

10. The Court shall conduct a status conference on the next available Chapter 7 hearing date at least 60 days after the Dispositive Motion Deadline, except that if one or more

dispositive motions are filed, there shall be no status conference pending adjudication of the dispositive motion(s), or until the Court orders otherwise. Such status conference shall be for the purpose of (i) setting deadlines for additional filings, including the pretrial disclosures required by Bankruptcy Rule 7026(a)(3), motions in limine and the pretrial order, (ii) setting dates for the pretrial conference and trial, and (iii) addressing such other issues as the Court or the parties deem necessary and appropriate.

11. Any deadline contained in this Order may be extended by written consent of the parties or by the Court upon written motion and for good cause shown.

DATED: November 20, 2012

THE HONORABLE MARY F. WALRATH
United States Bankruptcy Judge